# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

DEMARQUIS SILLEMON,                          1:07-cv-00986-LJO-WMW (HC)

             Petitioner,
                                             **ORDER AUTHORIZING**
v.                                           **IN FORMA PAUPERIS STATUS**

G. RODREGEZ,

             Respondent.
_____/

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:**   **July 13, 2007**                          **/s/  William M. Wunderlich**
                                             UNITED STATES MAGISTRATE JUDGE