**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DeMARQUIS SILLEMON,** | 1:07-CV-0986-LJO WMW HC |
| Petitioner, | **ORDER DISMISSING PETITION WITHOUT PREJUDICE** |
| vs. | |
| **G. RODREGEZ,** | |
| Respondent. | |

Petitioner is a state prison proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.  This court may entertain a petition for writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a). A habeas corpus petition is the correct method for a prisoner to challenge "the very fact or duration of his confinement," and where "the relief he seeks is a determination that he is entitled to immediate release or a speedier release from that imprisonment." Preiser v. Rodriguez, 411 U.S. 475, 489 (1973).  In contrast, a civil rights

1  action pursuant to 42 U.S.C. § 1983 is the proper method for a prisoner to challenge the
2  conditions of that confinement.   In this case, Petitioner is not challenging his conviction, but
3  rather is challenging prison conditions.  Specifically, Petitioner is challenging the deprivation
4  of personal property.  Accordingly, the proper vehicle for Petitioner to pursue his claims is
5  through a civil rights action pursuant to 42 U.S.C. § 1983.

      Based on the above, IT IS HEREBY ORDERED as follows:

1)  The petition for writ of habeas corpus is DISMISSED without prejudice to Petitioner's right to file an appropriate civil rights action; and

2)  The Clerk of the Court is directed to enter judgment for Respondent and to close this case.

IT IS SO ORDERED.

**Dated:   November 8, 2007**                **/s/ Lawrence J. O'Neill**
                                                            UNITED STATES DISTRICT JUDGE